**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:22-cr-428 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| RANDY KAIGLER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 1/6/2023. Supplemental violation reports were filed in this case on 3/2/2023 and 4/4/2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on 2/2/2023. The hearing involved the following violation:

1. New Law Violation.
2. New Law Violation.

The magistrate judge filed a report and recommendation on 2/2/2023, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on 4/5/2023. Present were the following: Assistant U.S. Attorney Christopher Joyce, representing the United States; Attorney Timothy Ivey, representing the defendant; the Defendant Randy Kaigler; and United States Probation Officer Jennifer Burke.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 4 months. No term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: April 5, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

2